# United States Bankruptcy Court

For The
Western District of New York

Date: 1/4/2017

Case No: 16-20171-PRW

SSN #1: XXX-XX-8795

IN RE: CYNTHIA R JOHNSON
111 WOODBINE AVENUE
ROCHESTER, NY 14619

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 001 | US BANK FOR TOWER DBW II / P.O. BOX 645040 CINCINNATI, OH 45264 | 6,871.60 | 18.0000% From 06/20/2016 | Attorney |
| 002 | AFNI / 404 BROCK DRIVE P O BOX 3517 / BLOOMINGTON, IL 61702 | None | | Not Filed .00 |
| 003 | ALLIED INTERSTATE / P O BOX 361774 COLUMBUS, OH 43236 | None | | Not Filed .00 |
| 004 | ALLY FINANCIAL / PO BOX 130424 ROSEVILLE, MN 55113-0002 | None | | Not Filed .00 |
| 005 | AMERICAN TAX FUNDING, LLC / c/o PHILLIPS LYTLE, LLP 620 EIGHT AVENUE, 23RD FLOOR / NEW YORK, NY 10018 | 23,880.08 | 18.0000% From 06/20/2016 | Secured |
| 006 | BANK OF AMERICA / PO BOX 15168 WILMINGTON, DE 19850-5168 | None | | Not Filed .00 |
| 007 | BANK OF AMERICA / LEGAL ORDER PROCESSING DE5-024-02-08M PO BOX 15047 / WILMINGTON, DE 19850 | None | | Not Filed .00 |
| 008 | BANK OF AMERICA / PO BOX 15168 WILMINGTON, DE 19850-5168 | None | | Not Filed .00 |
| 009 | BANK OF AMERICA/FIA CARD SERVICES / MR.BK DE5-023-03-03 1000 SAMOSET DR / NEWARK, DE 19713 | None | | Not Filed .00 |
| 010 | BRADLEY KAUFMAN DDS / 300 WHITE SPRUCE BLVD ROCHESTER, NY 14623-0000 | None | | Not Filed .00 |
| 011 | CITY OF ROCHESTER / ATTN SUE SUTERA, LAW DEPT 30 CHURCH STREET  RM 400A CITY HALL / ROCHESTER, NY 1461 | 4,475.07 | 12.0000% From 06/20/2016 | Secured |
| 012 | CREDIT ACCEPTANCE CORP / 25505 W TWELVE MILE ROAD SUITE 3000 / SOUTHFIELD, MI 48034-0000 | 2,100.00 | 6.5000% From 06/20/2016 | Secured |
| 012 | CREDIT ACCEPTANCE CORP / 25505 W TWELVE MILE ROAD SUITE 3000 / SOUTHFIELD, MI 48034-0000 | 533.07 | | Unsecured |
| 013 | DIRECT LOAN SERVICING CENTER / P O BOX 5609 GREENVILLE, TX 75403-5609 | None | | Not Filed .00 |
| 014 | US DEPARTMENT OF EDUCATION / PO BOX 16448 ST PAUL, MN 55116-0448 | 28,141.64 | | Unsecured |
| 015 | DIRECTV / PO BOX 11732 NEWARK, NJ 07101 | None | | Not Filed .00 |
| 016 | ENHANCED RECOVERY COMPANY / PO BOX 23870 JACKSONVILLE, FL 32241-3870 | None | | Not Filed .00 |
| 017 | ESL FEDERAL CREDIT UNION / LACY KATZEN, LLP P.O. BOX 22878 / ROCHESTER, NY 14692 | 11,171.85 | | Unsecured |
| 018 | ESL FEDERAL CREDIT UNION / PO BOX 92714 ROCHESTER, NY 14692 | None | | Not Filed .00 |
| 019 | FIRST PREMIER BANK / 601 S. MINNESOTA AVE SIOUX FALLS, SD 57104 | None | | Not Filed .00 |
| 020 | GMAC INSURANCE / PO BOX 66937 ST LOUIS, MO 63166 | None | | Not Filed .00 |
| 021 | HSBC BANK / ONE HSBC CENTER BUFFALO, NY 14203 | None | | Not Filed .00 |
| 022 | HSBC BANK / ONE HSBC CENTER BUFFALO, NY 14203 | None | | Not Filed .00 |

# United States Bankruptcy Court

For The
Western District of New York

Date: 1/4/2017

Case No: 16-20171-PRW

SSN #1: XXX-XX-8795

IN RE: CYNTHIA R JOHNSON
111 WOODBINE AVENUE
ROCHESTER, NY 14619

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---------|------------------------------|--------|-----------|----------------|
| 023 | J.C. CHRISTENSEN & ASSOC INC / P O BOX 519<br>SAUK RAPIDS, MN 56379 | None | | Not Filed<br>.00 |
| 024 | JP RECOVERY SERVICES INC / P O BOX 16749<br>ROCKY RIVER, OH 44116 | None | | Not Filed<br>.00 |
| 025 | JP RECOVERY SERVICES INC / P O BOX 16749<br>ROCKY RIVER, OH 44116 | None | | Not Filed<br>.00 |
| 026 | LACY KATZEN RYEN ET AL / 130 EAST MAIN STREET<br>ROCHESTER, NY 14604-0000 | None | | Not Filed<br>.00 |
| 027 | M&T BANK / P O BOX 1345<br>BUFFALO, NY 14240-0000 | None | | Not Filed<br>.00 |
| 028 | M&T BANK / LENDING SERVICES-2ND FLOOR<br>1100 WEHRLE DRIVE / WILLIAMSVILLE, NY 14221 | None | | Not Filed<br>.00 |
| 029 | MCC (MONROE COMMUNITY COLLEGE) / 1000 E. HENRIETTA RO/<br>ROCHESTER, NY 14623-0000 | None | | Not Filed<br>.00 |
| 030 | MERCANTILE ADJUSTMENT BUREAU / P O BOX 9016<br>WILLIAMSVILLE, NY 14231-9016 | None | | Not Filed<br>.00 |
| 031 | MERCANTILE ADJUSTMENT BUREAU / PO BOX 9054<br>WILLIAMSVILLE, NY 14231-9054 | None | | Not Filed<br>.00 |
| 032 | ECMC / PO BOX 16408<br>ST PAUL, MN 55116-0408 | 9,115.76 | | Unsecured |
| 033 | NYS HIGHER ED SER / 99 WASHINGTON AVE<br>ALBANY, NY 12255-0000 | None | | Not Filed<br>.00 |
| 034 | PHILLIPS LYTLE ET AL / 1400 FIRST FEDERAL PLAZA<br>ROCHESTER, NY 14614-0000 | None | | Not Filed<br>.00 |
| 035 | RJM ACQUISITIONS, LLC / 575 UNDERHILL BLVD STE 2<br>SYOSSET, NY 11791 | None | | Not Filed<br>.00 |
| 036 | RJM ACQUISITIONS, LLC / 575 UNDERHILL BLVD STE 2<br>SYOSSET, NY 11791 | None | | Not Filed<br>.00 |
| 037 | ROBERT H OLIVER, MC, PLLC / 1295 PORTLAND AVENUE STE 24<br>ROCHESTER, NY 14621 | None | | Not Filed<br>.00 |
| 038 | ROCHESTER GAS & ELECTRIC / 89 EAST AVE<br>ROCHESTER, NY 14649-0000 | 13,728.86 | | Unsecured |
| 039 | ROCHESTER REGIONAL HEALTH SYSTEM / P.O. BOX 10758<br>ROCHESTER, NY 14610 | 619.45 | | Unsecured |
| 040 | ROCHESTER GENERAL HOSPITAL / ATTN: BILLING DEPARTMENT<br>1425 PORTLAND AVENUE / ROCHESTER, NY 14621 | None | | Not Filed<br>.00 |
| 041 | RUBIN & ROTHMAN LLC / 1787 VETERANS HIGHWAY<br>SUITE 32 P O BOX 9003 / ISLANDIA, NY 11749 | None | | Not Filed<br>.00 |
| 042 | SPRINT PCS / P O BOX 8077<br>ATTN: BK DEPT / LONDON, KY 40742 | None | | Not Filed<br>.00 |
| 043 | T MOBILE USA INC / T MOBILE BANKRUPTCY<br>P O BOX 53410 / BELLEVUE, WA 98015-3410 | None | | Not Filed<br>.00 |
| 044 | THE GENERAL AUTO INS SVCS, INC PGAC / PO BOX 305076<br>NASHVILLE, TN 37230 | None | | Not Filed<br>.00 |
| 045 | TIME WARNER COMMUNICATIONS / 71 MOUNT HOPE AVE<br>ROCHESTER, NY 14620-0000 | None | | Not Filed<br>.00 |

# United States Bankruptcy Court

For The
Western District of New York

Date: 1/4/2017                                    Case No: 16-20171-PRW

                                                 SSN #1: XXX-XX-8795

IN RE: CYNTHIA R JOHNSON
       111 WOODBINE AVENUE
       ROCHESTER, NY 14619

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 046 | TRS RECOVERY SERVICES / 5251 WESTHEIMER HOUSTON, TX 77056 | None | | Not Filed .00 |
| 047 | WOODFOREST BANK / PO BOX 7889 SPRING, TX 77387-7889 | None | | Not Filed .00 |
| 048 | NYS DEPT OF TAX & FINANCE / P O BOX 5300 BK/SPECIAL PROCEDURES SEC. / ALBANY, NY 12205-5300 | 1,504.39 | | Unsecured |
| 049 | CITY OF ROCHESTER / ATTN SUE SUTERA, LAW DEPT 30 CHURCH STREET  RM 400A CITY HALL / ROCHESTER, NY 1461⁴ | 501.79 | 12.0000% From 06/20/2016 | Secured |
| 050 | CITY OF ROCHESTER / ATTN SUE SUTERA, LAW DEPT 30 CHURCH STREET  RM 400A CITY HALL / ROCHESTER, NY 1461⁴ | 750.00 | | Unsecured |
| 051 | LVNV FUNDING. LLC / c/o RESURGENT CAPITAL SERVICES P.O. BOX 10587 / GREENVILLE, SC 29603-0587 | 112.83 | | Unsecured |
| | Total | 103,506.39 | | |

ALEXANDER KOROTKIN, ESQ.                         2,500.00        Debtor's Attorney
70 LINDEN OAKS, 3RD FLOOR
ROCHESTER, NY 14625

---

Your Trustee has examined the claims and recommends to the Court that they be deemed allowed for the amounts claimed, payable in the manner classified subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claims be allowed as set forth above.

/s/ George M. Reiber

George M. Reiber
Standing Chapter 13 Trustee

## NOTICE

At Rochester, NY

PLEASE TAKE NOTICE that the above claims are allowed as recommended by the Trustee and payable as provided by the debtor's plan. The debtor and debtor's attorney of record are hereby advised that written application for modification of this notice must be made within 30 days from the date of the certificate of mailing of this notice. The motion to allow claims is deemed approved without a separate order of this Court, absent a written application for modification.

CLERK   /s/ Lisa Bertino Beaser, Clerk of the Court

CERTIFICATE OF SERVICE
The undersigned hereby certifies that a copy of the Notice was sent electronically or by ordinary US Mail, postage prepaid on _2/3/17_ to the debtor and attorney for the debtor.

/s/